PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Donnell Jackson　　　　　　　　　Cr.: 17-00314-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 57061

Name of Sentencing Judicial Officer:　　THE HONORABLE LAWRENCE F. STENGEL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE (ED/PA)

Name of Assigned Judicial Officer:　　　THE HONORABLE ESTHER SALAS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/07/2010

Original Offense:　Distribution of 5 Grams or More of Cocaine Base ("Crack") and Aiding and Abetting, 21 U.S.C. § 841(a)(1), (b)(1)(B), and 18 U.S.C. § 2 (4 Counts)

Original Sentence: 120 months imprisonment, 8 years' supervised release

Special Conditions: Drug Testing and Treatment, Financial Disclosure, New Debt Restriction, and a $1,000 Fine.

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 08/05/2016

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number　　Nature of Noncompliance

1　　The individual under supervision has violated the standard condition which states **"you must not commit another federal, state, or local crime."**

　　On December 16, 2021, Q.H. filed a police report claiming that while waiting in line to be COVID tested, Jackson bumped into her and threatened to shoot her while making a gesture towards his pants. Q.H. stated that she saw a black object in Jackson's pocket that appeared to be a firearm. Due to the reported incident, an I-Card was issued.

　　On April 23, 2022, New York Police Department Officer's recognized Jackson and followed him into a grocery store. When the officers attempted to place him under arrest, Jackson pulled away from the police. He was arrested and charged with Menacing in the Second Degree, in violation of New York State Penal Law (NYSPL) 120.14 01, a Class A misdemeanor; Criminal Possession of a Weapon: Intent to Use a Gun Other Than a Handgun, in violation of NYSPL 265.01 02, a Class A misdemeanor; Resisting Arrest, in violation of NYSPL 205.30 00, a Class A misdemeanor; Menacing in the Third Degree, in violation of 120.15 00, a Class B misdemeanor; and Harassment in the Second Degree, in violation of NYSPL 240.26 01, a violation.

Prob 12A – page 2
Donnell Jackson

Jackson was arraigned in Kings County Criminal Court on April 24, 2022. A Temporary Order of Protection was issued, and he was released on his own recognizance. His next court appearance is scheduled on June 3, 2022.

U.S. Probation Officer Action:

The probation office contacted the King County Assistant District Attorney office who stated that QH reported she was in a prior romantic relationship with Jackson. On the date of arrest, multiple attempts were made to contact Q.H.. On one occasion, Q.H. picked up and immediately hung up the phone on the caller. After that, all calls went unanswered. It does not appear that Q.H. will be cooperating with the ongoing investigation.

Jackson immediately reported the arrest to his probation officer in the Eastern District of New York. Jackson states he is unaware of who the victim is and denied having a romantic relationship with her. He denied having access to a firearm or brandishing a firearm or any other weapon.

At this time, we recommend no formal Court action and request the violations be held in abeyance while the investigation remains ongoing. Jackson will be closely monitored as will the pending charges. We will notify the Court immediately regarding the outcome of these charges.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Kelly A. Maciel*                05/20/2022
KELLY A. MACIEL               Date
U.S. Probation Technician

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.

5/20/2022
Date

Prob 12A – page 3
Donnell Jackson